UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 14cr0881-MMA |
|---|---|
| vs. | **JUDGMENT AND ORDER ON UNITED STATES' MOTION TO DISMISS THE INFORMATION** |
| BERTIN RIGOBERT MARTINEZ-AGUILAR, | |
| Defendant. | |

Having considered the United States' Motion to Dismiss the Information in this case pursuant to Fed. R. Crim. P. 48(a), the Court hereby grants the United States leave of court to dismiss the Information in this case. Accordingly, the Information is hereby dismissed pursuant to Fed. R. Crim. P. 48(a). This case is hereby dismissed.

**IT IS SO ORDERED.**

DATED: May 13, 2014

Hon. Michael M. Anello
United States District Judge

- 1 -

14CR881